IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02700-MSK-BNB

LAURA GRIBBLE,

Plaintiff,

v.

CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, a Delaware limited liability company,

Defendant.

## MINUTE ORDER

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED that the Stipulated Motion for Protective Order is GRANTED.

DATED: March 11, 2009